JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIZIO, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>GEMTEK TECHNOLOGY CO., LTD., a Taiwan corporation; and DOES 1 to 10,<br><br>Defendants. | Case No. SACV 13-160 JLS (RNBx)<br><br>**JUDGMENT** |
| AND ALL RELATED ACTIONS | |

# JUDGMENT

Trial in this action commenced on September 9, 2014 and completed on September 12, 2014, the Honorable Josephine L. Staton presided. James Lee, Cyrus Khojandpour, and Timothy Fox of Lee Tran and Liang LLP appeared on behalf of Plaintiff and Counter-Defendant, VIZIO, Inc. ("VIZIO"). William Coston, Benjamin Whitwell, and Celeste Brecht of Venable LLP appeared on behalf of Defendant and Counter-Claimant Gemtek Technology Co., Ltd. ("Gemtek"). Following a trial on the merits, the Court makes the following judgment:

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment shall be, and hereby is entered as follows:

1. Judgment is entered in favor of VIZIO as to all claims for relief.
2. VIZIO recovers from Gemtek the following:
   a. $1,076,586.50 in damages for VIZIO's breach of contract claim;
   b. Prejudgment interest pursuant to California Civil Code §§ 3287(a) and 3289 calculated from March 28, 2012 to May 1, 2015, totaling $333,004.43 (calculated at $294.96 per day for 1,129 days);
   c. Costs in an amount to be determined after post-trial briefing pursuant to Federal Rule of Civil Procedure 54 and Central District Local Rule 54; and
   d. Post-judgment interest pursuant to 28 U.S.C. § 1961.
3. Gemtek shall take nothing by way of its Counterclaim.
4. The Court shall retain jurisdiction as to VIZIO's enforcement and recovery upon this Judgment and for all post-trial fee motions.

Dated: May 4, 2015

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE